1  Edwin F. McPherson – State Bar No. 106084
      emcpherson@mcphersonrane.com
2  Tracy B. Rane – State Bar No. 192959
      trane@mcphersonrane.com
3  **McPHERSON RANE LLP**
   1801 Century Park East, 24th Floor
4  Los Angeles, CA 90067
   Tel: (310)553-8833
5  Fax: (310)553-9233

6  John D. Wilson, Jr.
      wilson@wscd.com
7  Alfred E. Donohue
      donohue@wscd.com
8  **WILSON SMITH COCHRAN DICKERSON**
   901 Fifth Avenue, Suite 1700
9  Seattle, WA 98164
   Tel: (206)623-4100
10 Fax: (206)623-9273

11 Attorneys for Plaintiff
   EXPERIENCE HENDRIX, LLC

12

13                **UNITED STATES DISTRICT COURT**

14          **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

15

16 EXPERIENCE HENDRIX, LLC, a          ) CASE NO. CV14-07865 MWF(MRWx)
   Washington Limited Liability        )
17 Company,                            ) **COMPLAINT FOR:**
                                        )
18        Plaintiff,                    ) 1. **TRADEMARK**
                                        )    **INFRINGEMENT**
19        vs.                           ) 2. **CONTRIBUTORY**
                                        )    **TRADEMARK**
20 ZABELL ENTERTAINMENT, LLC, a        )    **INFRINGEMENT**
   California Limited Liability Company;)
21 TOM ZOTOS, an individual; and THE   )
   JAMES MARSHALL HENDRIX             ) **JURY TRIAL DEMANDED**
22 FOUNDATION d/b/a JIMI HENDRIX       )
   FOUNDATION, a Washington            )
23 Corporation,                        )
                                        )
24        Defendants.                   )
                                        )
25                                      )
                                        )
26                                      )
                                        )
27                                      )
                                        )
28 _____)

FILED

2014 OCT -9 PM 3:38

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY: _____

COPY

McPHERSON RANE LLP
1801 CENTURY PARK EAST, 24TH FLOOR
LOS ANGELES, CALIFORNIA 90067

-1-

Experience Hendrix, L.L.C. (hereinafter "Plaintiff"), for its Complaint against Zabell Entertainment, LLC, Tom Zotos, and The James Marshall Hendrix Foundation dba Jimi Hendrix Foundation (hereinafter "Defendants"), states as follows:

## SUMMARY OF CLAIMS

## THE HENDRIX FAMILY'S COMMITMENT TO PRESERVING JIMI HENDRIX'S MUSICAL AND CULTURAL LEGACY AND ITS VALID SENIOR TRADEMARKS PROTECTING THAT LEGACY

1.      Jimi Hendrix was a famous musician, guitar player, and celebrity. Jimi died in 1970. James Allen "Al" Hendrix was Jimi's father and sole heir. Al Hendrix died in 2002.

2.      The Jimi Hendrix estate included, without limitation, sound recordings, musical compositions, audio-visual works, copyrights, trademarks, writings, photographs, and other properties and rights of Jimi Hendrix. By written agreements, Al Hendrix assigned his rights personally and as sole heir to the estate of Jimi Hendrix to Plaintiff and its subsidiary company Authentic Hendrix, LLC ("Authentic") in 1995. Thereafter, Plaintiff has been the owner and administrator of Jimi Hendrix's musical compositions and related copyrights, and all trademarks.

3.      Plaintiff owns original sound and audiovisual recordings and master tapes for Jimi Hendrix's major albums, live concerts and other works. Plaintiff produces audio and audiovisual products derived from these recordings and license these products and related rights throughout the world, and Jimi Hendrix's works are commercially available and sold to the general public. Plaintiff owns the website www.jimihendrix.com.

4.      Authentic licenses, sells, and oversees Jimi Hendrix merchandise of numerous types, owns the website www.authentichendrix.com, and licenses Jimi Hendrix merchandise, which is promoted throughout the world.

-2-

McPHERSON RANE LLP
1801 CENTURY PARK EAST, 24TH FLOOR
LOS ANGELES, CALIFORNIA 90067

5.      Together, Plaintiff and Authentic own, sell, market, promote, administer, and license, in the United States and overseas, the music, recordings, and artistic properties of the late Jimi Hendrix, and promotional merchandise and services related to Jimi Hendrix, using federally registered and common law trademarks, service marks, trade names and logos.  Plaintiff's and Authentic's goods and services are marketed and promoted to the general consuming public through Internet websites, retail stores, and licensee sales, and through entertainment industry venues, events and publications.

6.      Al Hendrix and his close family members and their companies have been singularly committed to preserving Jimi Hendrix's musical, cultural, and artistic legacy.  The Jimi Hendrix family companies have owned, managed, licensed, and tastefully marketed Jimi's music, recordings, artistic properties and related merchandise throughout the world.  As a result of Jimi's unique talents, and the Hendrix family companies' continued stewardship and promotion, Jimi Hendrix and his works are well known, and he continues to enjoy celebrity status.

7.      Since 1996 or earlier, Plaintiff has owned, and the Hendrix family companies have used, federally registered and common law trademarks, service marks, trade names, and logos ("Hendrix Marks") to sell Jimi Hendrix's music and related promotional merchandise and services to the general consuming public through catalog sales and Internet websites, retail stores, and licensee sales.  The Hendrix Marks include the federally registered trademarks: "JIMI HENDRIX", "THE JIMI HENDRIX EXPERIENCE", "HENDRIX", "EXPERIENCE HENDRIX", and "AUTHENTIC HENDRIX",  and the following design marks:

///

///

///

///

///

McPHERSON RANE LLP
1801 CENTURY PARK EAST, 24TH FLOOR
LOS ANGELES, CALIFORNIA 90067

-3-





8.      Through substantial and continuous sales and promotion of goods and services under the Hendrix Marks for nearly two decades, the Hendrix family companies have been the recognized source of Jimi Hendrix-related goods and services.  The Hendrix Marks are well-known by consumers throughout the United States and elsewhere.

9.      Additionally, by their sponsorship and promotion of charitable and educational events, and private touring music, art and multimedia events emphasizing the cultural and artistic legacy of Jimi Hendrix, the Hendrix family companies have intentionally associated their Hendrix Marks with Jimi Hendrix's innovative spirit, and musical and artistic talent.

10.     Plaintiff owns registered Hendrix Marks on the Principal Register of the United States Patent and Trademark Office (hereinafter, "USPTO"), many of which are incontestable pursuant to 15 U.S.C. Section 1065, including for purposes of the allegations herein:  U.S. Registration Nos. 2,322,761 ("JIMI HENDRIX" for clothing in Class 25); 2,245,408 ("AUTHENTIC HENDRIX" for mail order, telephone and online ordering services, in Class 35); 2,245,409 ("EXPERIENCE

-4-

HENDRIX" for printed materials, namely magazines and posters, in Class 16); 2,250,912 ("EXPERIENCE HENDRIX AND DESIGN" (bust logo) for musical sound recordings, in Class 9); 2,383,500 ("JIMI HENDRIX" for entertainment services, in Class 41); 2,987,556 ("EXPERIENCE HENDRIX" for entertainment services, in Class 41); 2,997,676 ("JIMI HENDRIX" for online services (website) and music publishing, in Class 41); 3,001,464 ("JIMI HENDRIX AND DESIGN" (signature logo), for online services (website) and music publishing, in Class 41); 3,001,465 ("JIMI HENDRIX AND DESIGN" (signature logo), for printed matter (posters, books, etc.) and related goods, in Class 16); 2,998,059 ("JIMIHENDRIX.COM" for online (website) services, in Class 41);  2,998,058 ("JIMIHENDRIX.COM AND DESIGN" (signature logo) for online (website) services, in Class 41); 3,072,909 ("MISCELLANEOUS DESIGN" (Jimi Hendrix bust logo) for online retail store services, telephone order and online ordering services, in Class 35); 3,334,862 ("AUTHENTIC HENDRIX AND DESIGN" (headshot logo) for printed matter (posters, photographs, etc.) and related goods, in Class 16); 3,302,117  ("AUTHENTIC HENDRIX AND DESIGN" (headshot logo) for clothing, in Class 25); 3,302,110 ("HENDRIX" for compact discs, phonograph records, DVDs, in Class 9); 3,409,133 ("HENDRIX" for stickers, in Class 16); 3,302,118 ("HENDRIX" for clothing, in Class 25); 3,306,892 ("JIMI HENDRIX AND DESIGN" (signature logo) for clothing, in Class 25); 3,328,587 "JIMI HENDRIX AND DESIGN" (combined bust and signature logo) for posters, in Class 16); 3,328,579 "JIMI HENDRIX AND DESIGN" (combined bust and signature logo) for t-shirts, in Class 25); and 3,256,776 ("THE JIMI HENDRIX EXPERIENCE" for clothing, in Class 25).  Collectively the US registered trademarks referenced in this paragraph 10 herein shall be referred to as the "Registrations," and the marks shown therein shall be referred to collectively as the "Registered Marks".

     11.    The Registrations are valid and continuing.

McPHERSON RANE LLP
1801 CENTURY PARK EAST, 24TH FLOOR
LOS ANGELES, CALIFORNIA 90067

-5-

12. Plaintiff has referred to and marketed itself in interstate commerce as "A Jimi Hendrix Family Company," since at least as early as 1996. A copy of Plaintiff's letterhead, showing the company's logos, and the prominent slogan "A Jimi Hendrix Family Company" is attached as Exhibit 1.

13. Plaintiff uses, licenses, advertises and promotes the Registered Marks in connection with a broad range of goods and services.

14. Plaintiff has spent a considerable amount of time, effort and money associating its Hendrix Marks with the Plaintiff's authorized and "Jimi Hendrix Family"- endorsed music, products, and services.

## DEFENDANTS' INFRINGING ACTS

15. In July 2014, Defendants Zabell Entertainment, LLC and Tom Zotos ("Zotos Defendants") began to promote t-shirts and posters for sale bearing infringing Hendrix Marks (see Exhibit 2), including a Jimi Hendrix "headshot" or bust logo:



16. On information and belief, the Zotos Defendants designed the images on the advertised Jimi Hendrix products and offered to sell them on Zabell's website at www.zabellentertainment.com. See Exhibit 3.

17. On information and belief, Defendant Zotos is the owner of Defendant Zabell and is responsible for the day to day operations of Zabell, and personally directed the infringing conduct, he profits from the infringement, and he is otherwise personally responsible for the acts of infringement alleged herein.

McPHERSON RANE LLP
1801 CENTURY PARK EAST, 24TH FLOOR
LOS ANGELES, CALIFORNIA 90067

Complaint

18.   On information and belief, Defendant Zabell's marketing and promotional materials, websites, labels, products, containers, and statements are coordinated by Defendant Zotos, and constitute a joint and concerted effort to confuse the public, and to unjustly profit from the goodwill associated with Plaintiff's Hendrix Marks and business.

19.   Defendant Zotos on his website www.tomzotos.net falsely listed as his client "The Estate of Jimi Hendrix," clearly intending to promote his association with the Plaintiff and its goodwill.

20.   Plaintiff authorized the use of its Jimi Hendrix "signature" logo for use on a t-shirt produced and promoted by the Hard Rock Café and the Fender Music Foundation for a charitable purpose.  The Defendants prominently displayed, on www.zabellentertainment.com, Defendant The James Marshall Hendrix Foundation's logo in connection with Plaintiff's authorized t-shirt and alongside the logos of the t-shirt's authorized sponsors (Fender Music Foundation and Hard Rock Cafe), thus falsely and deceptively leading the public to believe that the Defendant Foundation was involved with the Plaintiff's activities.  See Exhibit 3.

21.   As a result, Defendant Zotos, on his website www.zabellentertainment.com, falsely and deceptively suggests that proceeds from the sale of the t-shirt authorized by Plaintiff (and bearing its registered signature mark) were connected to or benefited the Defendant James Marshall Hendrix Foundation (hereinafter "Foundation").

22.   Defendant Zabell's website falsely and deceptively links its infringing activities for the sale of "apparel, art prints and collectibles" to Plaintiff's legitimate authorized products.

23.   Defendant Foundation authorized the unauthorized and infringing uses of Hendrix Marks by the Zotos Defendants, and itself is using the Hendrix Marks and selling the products created by the Zotos Defendants bearing the infringing marks.

McPherson Rane LLP
1801 Century Park East, 24th Floor
Los Angeles, California 90067

-7-

24.     Defendant Foundation is using infringing marks on its websites at www.jimihendrix1.com and www.jimihendrixfoundation.com and on Facebook and elsewhere, including:

 

25.     Plaintiff has not granted authorization or permission to the Defendants to use the Hendrix Marks or any similar marks for any purpose.

26.     Defendants are not sanctioned by Plaintiff.  None of the officers, directors, or members of Plaintiff is a director or participant in Defendant companies.

27.     Plaintiff has not granted authorization or permission for the registration, use or ownership of the domain name, or the sale of, merchandise bearing infringing marks at, www.jimihendrix1.com.  See Exhibit 4.

28.     Plaintiff has objected to and put the Defendants on written notice of its objections to the unauthorized uses of the similar "headshot" or bust logo of Jimi Hendrix and other indicia owned by Plaintiff.

29.     The Foundation website www.jimihendrixfoundation.com bears the following notice:

"©1988 - 2014. "Jimi Hendrix", "Jimi Hendrix", stylized signature, Jimi Hendrix head bust image/logo, "James Marshall Hendrix Foundation", "Jimi Hendrix Foundation", "James Marshall Hendrix Foundation" and any use of the Jimi Hendrix name or image for charitable purposes, all URL's containing "Jimi Hendrix" and "Foundation" and/or "James Marshall Hendrix" and "Foundation" are Trademarks of The James Marshall Hendrix Foundation. The entire contents of this website © 1988 - 2014 James (Jimi) Marshall Hendrix Foundation 501(c)(3). All Rights Reserved."

-8-

McPherson Rane LLP
1801 CENTURY PARK EAST, 24TH FLOOR
LOS ANGELES, CALIFORNIA 90067

30.     The Defendants own <u>no</u> U.S. registered trademarks bearing the name "JIMI HENDRIX (FOUNDATION)" or "JAMES MARSHALL HENDRIX (FOUNDATION)".  The Foundation uses the symbol "®" next to its logo on its website, contrary to federal law, and claims rights to all marks  and domain names using "JIMI HENDRIX" and the "JIMI HENDRIX" signature and bust logos, which actions and statements likely are or will be confusing to the consuming public.

31.     Defendants claim they are authorized to use infringing marks based on a permission granted by Al Hendrix to Leon Hendrix in the 1980's, which has terminated or been revoked, and which does not cover the activities of Defendants, and such claims are thus false and confusing because of Plaintiff's long-standing association with Al Hendrix and the Hendrix family.

32.     By the above actions, it is clear Defendants use and intend to use and license the Hendrix Marks, or confusingly similar marks, for products and services sold and marketed in interstate commerce, and contrary to the rights of Plaintiff.

33.     Defendants have created and distributed marketing and promotional materials, and labeled their products and licensed products in such a way that likely has caused confusion, and is likely to continue to cause confusion in the marketplace as to the source, sponsorship, affiliation and connection of Defendants' products and services with those of Plaintiff, and to harm Plaintiff.  Defendants' acts include, but are not limited to:

a.      Defendants' uses of "JIMI HENDRIX", and "JIMI HENDRIX EXPERIENCE" and other indicia creates a likelihood of confusion with Plaintiff's Hendrix Marks, including, but not limited to, "JIMI HENDRIX", "EXPERIENCE HENDRIX", and "THE JIMI HENDRIX EXPERIENCE", including Hendrix Marks that are registered with the USPTO.

b.      Defendants' use of a graphical design of Jimi Hendrix's bust or "headshot," as part of or separate from the words "JIMI HENDRIX

-9-

McPHERSON RANE LLP
1801 CENTURY PARK EAST, 24TH FLOOR
LOS ANGELES, CALIFORNIA 90067

FOUNDATION" (with "JIMI HENDRIX" most prominently displayed) creates a likelihood of confusion with Plaintiff's Hendrix Marks, including Plaintiff's registered stylized graphical mark of a bust or "headshot" logo, and the combination of the Hendrix Marks used by Plaintiff.

        c.      Defendants' use of and claims to rights to the entire signature of Jimi Hendrix (in a close or near identical approximation of Plaintiff's signature logo) is likely to confuse consumers.

        d.      Defendants' statements that the Defendants' actions and the Foundation is supported and endorsed by Al Hendrix and the Hendrix Family is confusing and inaccurate and will cause confusion as to the source of Defendants' products and services by suggesting that Defendant Foundation is Plaintiff, or is owned, sponsored, or endorsed by Plaintiff.

## THE PARTIES

34.     Plaintiff Experience Hendrix, L.L.C. is a limited liability company, licensed to do business in Washington, with a principal place of business at 14501 Interurban Avenue South, Seattle, Washington, 98168.  Plaintiff owns the federal trademark Registrations alleged herein.

35.     Defendant Zabell Entertainment, LLC ("Zabell") is a California limited liability company located at 10866 Wilshire Blvd., Suite 890, Los Angeles, CA 90024, and is controlled by Defendant Tom Zotos.

36.     On information and belief, Defendant Tom Zotos ("Zotos") is the primary member and manager of Defendant Zabell and controls and directs Defendant Zabell.

37.     Defendant The James Marshall Hendrix Foundation dba Jimi Hendrix Foundation is a Washington nonprofit corporation, formed on or about January 28, 2003, after Al Hendrix died.  The current President/CEO is Joe Rosignolo, who resides at 12625 Danielson Ct., Suite 104, Poway, CA 92064.

MCPHERSON RANE LLP
1801 CENTURY PARK EAST, 24TH FLOOR
LOS ANGELES, CALIFORNIA 90067

-10-

## JURISDICTION AND VENUE

38.     This is a suit for trademark infringement, and arises under the trademark laws of the United States, namely Title 15 of the United States Code and more particularly 15 U.S.C. § 1114 and 15 U.S.C. §§ 1116-18, inclusive.  This Court has jurisdiction under the provisions of 15 U.S.C. § 1121 and 28 U.S.C. §§ 1338(a) and 1338 (b).  Venue is proper in this District under 28 U.S.C. §§ 1391(b) and 1391(c).

39.     Defendant Zabell is a California limited liability company and, on information and belief, Defendant Zotos is the principal and owner of Defendant Zabell, and is responsible for the day to day operations of Zabell, and personally directed the infringing conduct, profits from the infringement, and is otherwise personally responsible for the acts of infringement alleged herein.   Defendant Foundation is doing business in and out of the State of California, through its CEO Joe Rosignolo who resides in Poway, California.

40.     Defendants offer to sell and do sell "JIMI HENDRIX" branded merchandise, including posters and t-shirts, through the Internet and otherwise, throughout the U.S.  On information and belief, Defendants have placed infringing products into the stream of commerce, with knowledge or intent that those products would be sold or distributed in the State of California.

## FIRST CLAIM FOR RELIEF

### (For Federal Trademark Infringement, 15 U.S.C. § 1114 --
### Against All Defendants)

41.     Plaintiff realleges and incorporates Paragraphs 1 through 40, as though fully set forth herein.

42.     Plaintiff has adopted and used in interstate commerce the Registered Marks for a broad range of goods and services, including: clothing and accessories, musical recordings (*e.g.*, CDs) and videos (*e.g.*, DVDs), printed matter (*e.g.,* books,

-11-

McPHERSON RANE LLP
1801 CENTURY PARK EAST, 24TH FLOOR
LOS ANGELES, CALIFORNIA 90067

postcards, and posters), and online (website) and entertainment services.  Such Registered Marks are well-known, and they have been used continuously since long prior to Defendants' use of the Hendrix Marks, or the incorporation of the Defendant companies.

43.     The Registrations are *prima facie* evidence of Plaintiff's exclusive rights in and ownership of the marks shown therein throughout the United States, and the validity and the registrations of such marks.  The Registrations set forth in paragraph 10 above are incontestable and are "conclusive evidence" of Experience's exclusive right to use such registered marks on the goods and services listed in those registrations under 15 U.S.C. sec. 1115(b).

44.     Defendants' uses of the Hendrix Marks, and other marks and indicia of origin which are confusingly similar to the Registered Marks, are not authorized by Plaintiff, are likely to cause confusion, to cause mistake and to deceive as to the source of the goods and services offered by Defendants, in that consumers will likely associate Defendants' products and services with Plaintiff, to the detriment of Plaintiff.

45.     Defendants' infringing conduct is intentional, willful, and designed to mislead, deceive and confuse the consuming public, and to capitalize on the goodwill associated with Plaintiff's Registered Marks, and is intended to palm off Defendants' goods as those of Plaintiff.

46.     Plaintiff has provided written notice to Defendants of Plaintiff's Registrations and rights, but Defendants have refused to cease their infringing acts. By virtue of their unauthorized uses of the Hendrix Marks and other marks similar to Plaintiff's Registered Marks in interstate commerce, and the likelihood of such uses to cause confusion, to cause mistake or to deceive, Defendants have violated, and continue to violate, the rights of Plaintiff under the U.S. Trademark Act, giving rise to a cause of action under 15 U.S.C. § 1114(1).

-12-

47.     Unless enjoined and restrained by this Court, Defendants will continue to engage in such unlawful conduct. Plaintiff has no adequate remedy at law in that Defendants will continue their infringing conduct, as alleged above, in violation of 15 U.S.C. § 1114. Plaintiff therefore seeks preliminary and permanent injunctive relief precluding Defendants from further acts of infringement and from any further use, reference to or association with the Registered Marks. Plaintiff seeks such other injunctive relief as may be reasonable and appropriate to protect further infringement of its rights in and to the Registered Marks.

48.     Plaintiff further alleges that it has been damaged as a result of Defendants' infringing actions as alleged herein. Plaintiff is entitled to recover its damages, as well as Defendants' profits, treble damages and corrective advertising damages. Attorney fees are authorized by U.S.C. § 1117. Destruction of infringing articles is authorized by 15 U.S.C. § 1118. Plaintiff requests that the Court order the Defendants to withdraw and abandon any applications to register the Hendrix Marks that have been filed, if any, and not to file further applications for marks infringing on Plaintiff's rights.

## SECOND CLAIM FOR RELIEF

### (For Contributory Trademark Infringement -- Against Defendant Zotos)

49.     Plaintiff realleges and incorporates Paragraphs 1 through 48, as though fully set forth herein.

50.     Defendant Zotos is, on information and belief, personally directing or controlling the infringing activities of Defendant Zabell, or benefiting by such acts.

51.     By reason of the actions aforesaid, the infringement of Plaintiff's Registered Marks by Defendant Zabell has been directed by, and under the control or authority of Defendant Zotos.

52.     Upon information and belief, Zotos has contributorily infringed or caused the infringement of Plaintiff's Hendrix Marks, all to the detriment of

-13-

McPHERSON RANE LLP
1801 CENTURY PARK EAST, 24TH FLOOR
LOS ANGELES, CALIFORNIA 90067

1  Plaintiff.  The infringements by Zotos of Plaintiff's rights in its Hendrix Marks will
2  irreparably harm Plaintiff, have been willful, and will continue unless enjoined by
3  this Court.  Damages, including for corrective advertising, and attorneyS' fees are
4  authorized by 15 U.S.C. § 1117.  Destruction of infringing articles is authorized by
5  15 U.S.C. § 1118.

6         WHEREFORE, Plaintiffs prays for judgment against Defendants, and
7  each of them, as follows:

8

9  **<u>AS TO THE FIRST CLAIM FOR RELIEF:</u>**

10     1.      For treble the amount of compensatory damages that Plaintiff has
11 sustained and will sustain as a consequence of Defendants' infringement of the
12 Hendrix Marks, together with interest thereon at the maximum legal rate, in an
13 amount to be proved at trial;

14     2.      For an accounting by Defendants, and each of them, of all gains,
15 profits, and advantages derived by them, based upon their infringement of the
16 Hendrix Marks;

17     3.      For an Order requiring Defendants, and each of them, to turn over to
18 Plaintiff all gains, profits, and advantages derived by Defendants, and each of them,
19 based upon their infringement of the Hendrix Marks;

20     4.      For a temporary, preliminary, and permanent injunction pursuant to
21 the powers granted to this Court under 15 U.S.C. § 1116, enjoining and restraining
22 Defendants (and their distributors, employees, agents, related parties and licensees)
23 from directly or indirectly using the Hendrix Marks or any other mark, word, name,
24 or slogan similar to the Hendrix Marks which is likely to cause confusion, mistake
25 or to deceive.  And that this Court, pursuant to the power granted it under 15 U.S.C.
26 § 1118, order that all labels, signs, prints, packages, wrappers, receptacles, websites,
27 and advertisements in the possession or control of Defendants (or their distributors,
28 employees, agents, related parties and licensees) bearing the infringing marks, and

-14-

MCPHERSON RANE LLP
1801 CENTURY PARK EAST, 24TH FLOOR
LOS ANGELES, CALIFORNIA 90067

1  all plates, molds, matrices and other means of making the same, shall be delivered
2  up and destroyed.  And that this Court order the Defendants to withdraw or abandon
3  any registrations or pending applications with the USPTO or elsewhere for marks or
4  domain names infringing the rights of Plaintiff;

5       5.     For reasonable attorneys' fees in an amount to be proved at trial;

6       6.     For punitive and exemplary damages and corrective advertising
7  damages against Defendants, jointly and severally, and in favor of Plaintiff in an
8  amount to be determined at trial by reason of Defendants' palming off.

9

10  **AS TO THE SECOND CLAIM FOR RELIEF:**

11       7.     For treble the amount of compensatory damages that Plaintiff has
12  sustained and will sustain as a consequence of Defendants' infringement of the
13  Hendrix Marks, together with interest thereon at the maximum legal rate, in an
14  amount to be proved at trial;

15       8.     For an accounting by Defendants, and each of them, of all gains,
16  profits, and advantages derived by them, based upon their infringement of the
17  Hendrix Marks;

18       9.     For an Order requiring Defendants, and each of them, to turn over to
19  Plaintiff all gains, profits, and advantages derived by Defendants, and each of them,
20  based upon their infringement of the Hendrix Marks;

21       10.     For a temporary, preliminary, and permanent injunction pursuant to
22  the powers granted to this Court under 15 U.S.C. § 1116, enjoining and restraining
23  Defendants (and their distributors, employees, agents, related parties and licensees)
24  from directly or indirectly using the Hendrix Marks or any other mark, word, name,
25  or slogan similar to the Hendrix Marks which is likely to cause confusion, mistake
26  or to deceive.  And that this Court, pursuant to the power granted it under 15 U.S.C.
27  § 1118, order that all labels, signs, prints, packages, wrappers, receptacles, websites,
28  and advertisements in the possession or control of Defendants (or their distributors,

McPHERSON RANE LLP
1801 CENTURY PARK EAST, 24TH FLOOR
LOS ANGELES, CALIFORNIA 90067

Complaint

employees, agents, related parties and licensees) bearing the infringing marks, and all plates, molds, matrices and other means of making the same, shall be delivered up and destroyed.  And that this Court order the Defendants to withdraw or abandon any registrations or pending applications with the USPTO or elsewhere for marks or domain names infringing the rights of Plaintiff;

11.    For reasonable attorneys' fees in an amount to be proved at trial;

12.    For punitive and exemplary damages and corrective advertising damages against Defendants, jointly and severally, and in favor of Plaintiff in an amount to be determined at trial by reason of Defendants' palming off.

**AS TO ALL CLAIMS FOR RELIEF:**

13.    For costs of suit herein incurred;

14.    For such other and further relief as the Court deems just and proper.

Dated: October 9, 2014

Edwin F. McPherson
Tracy B. Rane
**McPHERSON RANE LLP**

John D. Wilson, Jr.
Alfred E. Donohue
**WILSON SMITH COCHRAN
  DICKERSON**

By: _____
EDWIN F. McPHERSON
Attorneys for Plaintiff
Experience Hendrix, LLC

McPHERSON RANE LLP
1801 CENTURY PARK EAST, 24TH FLOOR
LOS ANGELES, CALIFORNIA 90067

-16-

## **DEMAND FOR JURY TRIAL**

Plaintiff EXPERIENCE HENDRIX, LLC hereby demands a trial by jury in this case.

Dated: October 9, 2014

Edwin F. McPherson
Tracy B. Rane
**McPHERSON RANE LLP**

John D. Wilson, Jr.
Alfred E. Donohue
**WILSON SMITH COCHRAN
  DICKERSON**

By: _____
    EDWIN F. McPHERSON
    Attorneys for Plaintiff
    Experience Hendrix, LLC

-17-

Complaint

# EXHIBIT "1"



VISIT US ON THE INTERNET
www.jimihendrix.com

Experience Hendrix, L.L.C.
PO Box 88070
Seattle, WA 98138

Tel: (206) 241-5464 (JIMI)
Fax: (206) 241-5477

# EXHIBIT "2"

20

Artist Tom Zotos Debuts Jimi Hendrix Legacy Collection: T-Shirts and...    http://scodix.com/new/ar...om-zotos-debuts-jimi-hendrix-legacy-coll...

EXHIBIT 2

# Artist Tom Zotos Debuts Jimi Hendrix Legacy Collection: T-Shirts and 3-D Posters to Benefit Jimi Hendrix Foundation

Commercial Print

Folding Carton

Web 2 Print

Designers & Brand Owners

News & Events

Support

Company

Contact Us

⏱ July 16, 2014   👤 admin   📁   💬 Comments Off



Artist/publisher Tom Zotos created a new collection of images on 3D enhanced prints and high end t-shirts that highlight the historic places and timeline that led to Jimi Hendrix's meteoric rise in the late 60's

PR Newswire

LOS ANGELES, July 16, 2014

LOS ANGELES, July 16, 2014 /PRNewswire/ — Tom Zotos teams up with the Jimi Hendrix Foundation to exclusively offer his newest collection of 3D poster art and t-shirts to fans at www.jimihendrix1.com. A generous portion of the proceeds will benefit the Jimi Hendrix Foundation, a non-profit charitable organization founded by Jimi's father, "Al" Hendrix. Zotos is known for philanthropic B2B collaborations that benefit charities. His last endeavor raised multi-millions for three prominent charities.

21

Artist Tom Zotos Debuts Jimi Hendrix Legacy Collection. T-Shirts and...          http://scodix.com/new/artom-zotos-debuts-jimi-hendrix-legacy-coll...



See all the prints at www.jimihendrix1.com

## Supporting the Musical Passion of Children

"Sales of the Jimi Hendrix posters and t-shirts will support the foundation's program 'Music For Life,'" said Joe Rosignolo, President/CEO of the Jimi Hendrix Foundation, "dedicated to benefitting children with a musical passion." One image, illustrated by Zotos, "I've Got A Guitar", celebrates Jimi Hendrix at age 15 when his dad, Al, gave him his first electric guitar. Jimi yelled, "I've got a guitar!" which echoed throughout the neighborhood.

## 45th Anniversary of Woodstock

To celebrate the 45th anniversary of Woodstock, a cultural touchstone that influenced generations, Zotos graphically captured the performance of the "Star Spangled Banner" in his 60's inspired "Star Spangled Jimi". The collection of limited edition posters and t-shirts highlight Jimi Hendrix's greatest and pivotal performances at Monterey Pop Festival, Hollywood Bowl, Royal Albert Hall, and includes a commemorative, "'Scuse Me", that pays the final homage to Jimi's short but inspirational career.

## Digital Printing Enhancement

"Scodix On Top" is being used for the first time on a collectible art print by artist Tom Zotos. The first three posters in the collection features the revolutionary 3D effect using "Scodix On Top", a new and unique technology that enhances the artwork to transcend personal senses beyond just sight. Developed by Scodix Ltd., the new digital enhancement technique adds a 3D look-and-feel to high-quality artwork that stimulates human senses and provides depth to imagery. The breakthrough Scodix SENSE™ experience is now available through high-end commercial printing operations worldwide. For more information visit www.scodix.com.

Fans can receive the eNewsletter announcing special Jimi Hendrix events and news happenings all over the world by subscribing at www.JimiHendrix1.com. "Like" @ www.Facebook.com/jamesmarshalhendrix1 site to stay tuned to all

22

Artist Tom Zotos Debuts Jimi Hendrix Legacy Collection. T-Shirts and...    http://scodix.com/new/art...m-zotos-debuts-jimi-hendrix-legacy-coll...

the newest social media buzz on Jimi Hendrix art, apparel, and Foundation programs.

**About Zotos**

Tom Zotos is the legendary pioneer behind the Interpretive Licensed Art Movement and the artist, publisher, and secret weapon behind the Warner Bros, Lucasfilm, and the Walt Disney Company. An intrepid entrepreneur from birth and veteran in the world of art publishing, Zotos directed and published some of the most revealing and thought provoking images of the last 25 years including "The Art of Walt Disney" collection (1986) and the "Speechless" tribute to Mel Blanc (1991-92), the highest grossing lithograph in the history of animation art. Today, Zotos has applied his savvy marketing and art direction skills to "Social Innovation" or as he calls it, "The Art of Social Innovation". Both terms broadly cover the concept of new ways to give back and improve society by using branded art products with collaboration between companies. His is a story of an innovator using both images and life as a medium, creating illustrated legacies and entrepreneurial precedents.

Contact George Guebelli
310-593-3833
Email



Photo – http://photos.prnewswire.com/prnh/20140715/127412

Photo – http://photos.prnewswire.com/prnh/20140715/127428

SOURCE Tom Zotos

Read more: http://www.digitaljournal.com/pr/2057970#ixzz37ihW2AB0

**WhatTheyThink**

Get The Top Industry News Delivered To Your Inbox Every Morning

Log In | Become a Member | Contact Us

Connect on Twitter | Facebook | LinkedIn

# WhatTheyThink?

*Leading printing executives into the future*



**CUSTOM** ROLL LABELS =
TOTAL **DESIGN FREEDOM!**

- Graph Expo News
- News
- Articles
- Video
- Economics
- Wide Format
- Labels & Packaging
- Print Software
- Data
- Webinars
- White Papers

## Jimi Hendrix Shines On Top of the 45th Anniversary of Woodstock Posters Printed by Scodix

Wednesday, August 13, 2014

*Press release from the issuing company*

*A legacy collection of Jimi Hendrix posters, which incorporate a breakthrough printing process featuring a revolutionary 3D effect, are now available*

LOS ANGELES, CA - To celebrate the 45th anniversary of Woodstock, a cultural touchstone that influenced generations, Zotos has graphically captured the performance of the *"Star Spangled Banner"* in the '60s-inspired *"Star Spangled Jimi"* poster. The collection of limited-edition posters highlight Jimi Hendrix' greatest and pivotal performances at Monterey Pop Festival, Hollywood Bowl, and Royal Albert Hall, and includes a commemorative, *"'Scuse Me,"* a graphic homage which pays tribute to Jimi's short but inspirational career. The collection of never before seen posters are available at www.jimihendrix1.com.

The posters are printed using a breakthrough Scodix SENSE™ printing process which is being used for the first time on a collectible art print by Zotos. The first three posters in the collection feature the revolutionary 3D effect using "Scodix On Top," a unique new technology that enhances the artwork to transcend personal senses beyond mere sight. Developed by Scodix Ltd., the new digital enhancement technique adds a 3D look and feel shine to high-quality artwork of the posters that stimulates human senses to provide depth to the imagery. The Scodix SENSE™ experience is now available through high-end commercial printing operations worldwide.

All Jimi Hendrix fans around the world must check out these art posters at www.jimihendrix1.com. Plus, there is a charity element attached to any purchase at the website. *"Sales of the Jimi Hendrix posters will support the Jimi Hendrix Foundation's Music For Life program, dedicated to benefitting children with a musical passion,"* said Joe Rosignolo, President/CEO of the Jimi Hendrix Foundation. *"One image, 'I've Got A Guitar,' illustrated by Zotos, celebrates Jimi Hendrix at age*

### Share This

- Email
- Twitter
- LinkedIn
- Print
- Order Reprints

Search

100% Customer Satisfaction
Get 20% off your first order!
zooprinting.com

Video



Wrapping Up Graph Expo with Cary Sherburne

24

*15. When his dad, Al, gave him his first electric guitar, Jimi yelled,
'I've got a guitar!' which echoed throughout the neighborhood."*

  

**Limited Discount Available**

Use Coupon Code - *WOODSTOCK45* to get a 20% discount, good only
through the Woodstock Anniversary month of August 2014. A FREE
SHIPPING in the US offer is also available only
at www.jimihendrix1.com. Fans can own a piece of Jimi Hendrix's
historic rise and also be a part of a warm hearted good cause by ordering
a poster from anywhere in the world.



Kodak's Schweinfurth on "Hybrid" Printing
Systems for Packaging



Richard Romano on Wide Format at Graph
Expo



The Importance of Workflow Automation in
the Packaging Sector

More Video »

Sponsored By 



✉ Email | 🖨 Print | 📄 Order Reprints

**Post a Comment**

To post a comment Log In or Become a Member, doing so is simple and
free



### WhatTheyThink Job Board

- Service Technician-Electrician at KBA North America, Inc. in Multiple Locations Throughout US
- Service Technician-Mechanic at KBA North America, Inc. in Multiple Locations Throughout US
- Print Specialist at e-LYNXX Corporation dba elynxx solutions in Chambersburg, Pennsylvania
- Implementation Specialist at Avanti Computer Systems Limited in Home-based US/Canada (75% travel)
- Operations Assistant at Technifold USA, Inc. in Newton, NJ

Jimi Hendrix Shines On Top of the 45th Anniver...        of Woodstock Pos...    http://whattheythink.com/...ys/69844-jimi-hendrix-shines-top-45th-an...

View More Jobs

*Paper and envelopes for
your projects.*




**WHAT WILL YOU
MAKE TODAY?**

mohawk

## Industry News

- Kodak Names Former Nokia Exec Steven Overman CMO
- Dr. Joe Ramblings: Forecasts, Drugstores, Statistics, Buybacks, and BookBooks
- Industry Elite to Gather for 2014 XMPie Users Group Conference
- Colonial Press International chooses Goss Sunday 3000 press for competitive advantage at GraphExpo 2014
- Stop Marketing and Start Selling (Digital Nirvana)
- Survey Finds Marketing Services Gaining Currency With Print Providers
- PrintUI Expands Enterprise Web-to-Print Service Into Asia-Pacific

All Today's Industry News ››

## Recent Blog Posts

- Customer Experience 2.0 (Digital Nirvana)
- 25 Tips for Successful Content Marketing (Digital Nirvana)
- Unemployment Rate Steady at 6.3%; Data Imply Stabilizing Labor Market (Dr. Joe)
- What is Responsive Web Design? (Digital Nirvana)
- Digital Print Quality Issue: Punch, Counterpunch (Digital Nirvana)
- Are Younger Designers Unaware of Local Printing and Support? (Digital Nirvana)

More ››

## Recent Webinars

- Color Your M&A Successful: Why Removing Subjectivity from Color Management Affects the Valuation of Your Business
- Digital Printing: Still Innovative After All These Years
- Web-to-Print Is SO Yesterday!
- How Adobe Creative Cloud Can Boost Your Business

More Webinars ››

26



## Become a Member

Join the thousands of printing executives who are
already part of the WhatTheyThink Community.

| Search |
| --- |

**Log in** or **register** to access
your WhatTheyThink Account

### Help & Member Center

- Contact Us
- Member Center

**About**

- About WhatTheyThink
- Syndication and News
  Licensing
- Reprints
- Sponsorship
- Submit Your News
- Privacy Policy
- Terms

**WhatTheyThink Services**

- Consulting
- Research
- Speakers Bureau
- Economic Advisory Service
- Corporate Membership

Copyright © 2014 WhatTheyThink. All Rights Reserved

27

# EXHIBIT "3"

28

Consulting

EXHIBIT 3



## Consulting

Our Services    Super User    11 Apr 2014

Our agency is world renowned for its wide array of creative capabilities, including graphic design, product licensing, web design and development, branding and the new era of social innovation.



Zotos Is Set to

Tom Zotos, Publisher / Artist, CEO of ZABELL Entertainment, LLC

# Generate Over $20 Million in T-shirt Sales

29

Consulting

# In Tribute to Rock Legend Jimi Hendrix

**$20 Million plus in t-shirt sales were generated by the Hard Rock International via a social innovation idea originated by Tom Zotos, Publisher / Artist, with the goal to benefit charity. Tom Zotos has the "license" to do it again.**

**Los Angeles, CA.**– Tom Zotos motivated corporate giants Hard Rock, Fender, and Hendrix to collaborate and "give back" to charity in a big way. He convinced Hard Rock's charitable division to put the iconic Jimi Hendrix on one t-shirt to give a generous portion of sales to charity.

  



"This is the biggest selling t-shirt in our 43-year history," said a Hard Rock spokesperson at the Orlando headquarters. This time, Zotos has designed a collection of new Hendrix art that will adorn apparel, art prints, and collectibles.

# EXHIBIT "4"

31

Prints

EXHIBIT 4



32

Prints



Average customer rating:

**Hendrix Albert Hall Print**

Jimi Hendrix at the Royal Albert Hall...

$20.00

Average customer rating:

**Jimi Hendrix Memphis Concert Print**

Jimi Hendrix in Memphis Print

$20.00

Average customer rating:

**Star Spangled Jimi Print**

Star Spangled Jimi Print

$20.00

Start    Prev    1    2    Next    End

**footer info**

about us

customer services

Prints



privacy policy

feedback

## footer follow

Facebook

Twitter

## newsletter

Make sure you dont miss interesting happenings by joining our newsletter

Subscribe

©2014 The James Marshall Hendrix Foundation/Jimi Hendrix Foundation. The JimiHendrix1.com domain name and logo are property of the Jimi Hendrix Foundation. Artwork ©2014 ZABELL Entertainment, LLC. All Rights Reserved.
All products produced under license from The James Marshall Hendrix Foundation

T3 Framework
Modern and Flexible Framework

34

Prints



Cart empty

# legacy collection

Sort by   Ordering +/-

Results 10 - 10 of 10

9

Average customer
rating:
**Scuse Me Print**
Jimi Hendrix 'Scuse
Me Print

**$20.00**

Start    Prev    1    2    Next    End

35

Prints



T-Shirts



T-Shirts



Ombre Burnout Ladies...

**MSRP:**
~~$35.00~~

$30.00

$-5.00

Ombre Burnout Ladies...

**MSRP:**
~~$35.00~~

$30.00

$-5.00

Hot Pink Ombre...

**MSRP:**
~~$35.00~~

$30.00

$-5.00

Average customer rating:

**Jimi Hendrix Oval Logo Men's T-Shirt**

Jimi Oval Logo T-Shirt AVAILABLE AFTER...

**MSRP:**
~~$25.00~~

$20.00

$-5.00

Average customer rating:

**Jimi Hendrix Memphis Men's T-Shirt**

Jimi Electric Purple Memphis T-Shirt...

**MSRP:**
~~$30.00~~

$25.00

$-5.00

Average customer rating:

**Jimi Hendrix White Jimi Jam Men's T-Shirt**

White Jimi Jam T-Shirt - AVAILABLE TO...

**MSRP:**
~~$30.00~~

$25.00

$-5.00

T-Shirts



**footer info**

about us

customer services

privacy policy

feedback

**footer follow**

Facebook

Twitter

**newsletter**

Make sure you dont miss interesting happenings by joining our newsletter.

Subscribe

©2014  The James Marshall Hendrix Foundation/Jimi Hendrix Foundation  The JimiHendrix1.com domain name and logo are property of the Jimi Hendrix Foundation. Artwork ©2014. ZABELL Entertainment, LLC. All Rights Reserved.
All products produced under license from The James Marshall Hendrix Foundation

T3 Framework
Modern and Flexible Framework

39

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Central District of California

| | | |
|---|---|---|
| EXPERIENCE HENDRIX, LLC, a Washington Limited Liability Company, | ) ) ) ) | |
| *Plaintiff(s)* | ) ) | Civil Action No. |
| v. | ) ) | CV14-07865 MWF(MRNx) |
| ZABELL ENTERTAINMENT, LLC, a California Limited Liability Company; TOM ZOTOS, an individual; and THE JAMES MARSHALL HENDRIX FOUNDATION d/b/a JIMI HENDRIX FOUNDATION, | ) ) ) ) ) | |
| *Defendant(s)* a Washington Corporation | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* ZABELL ENTERTAINMENT,LLC a California Limited Liability Company; TOM ZOTOS, an individual; and THE JAMES MARSHALL HENDRIX FOUNDATION d/b/a JIMI HENDRIX FOUNDATION, a Washington Corporation

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Edwin F. McPherson
Tracy B. Rane
McPherson Rane, LLP
1801 Century Park East, 24th Floor
Los Angeles, CA  90067

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 10/9/2014                    _____
                                   *Signature of Clerk or Deputy Clerk*

1170

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

    ❑ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

    ❑ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

    ❑ I served the summons on *(name of individual)* _____ , who is

  designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

    ❑ I returned the summons unexecuted because _____ ; or

    ❑ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.


Date: _____        _____

                                                     *Server's signature*

                         _____

                                      *Printed name and title*


                                      *Server's address*

Additional information regarding attempted service, etc:

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### CIVIL COVER SHEET

| I. (a) PLAINTIFFS ( Check box if you are representing yourself ☐ ) | DEFENDANTS ( Check box if you are representing yourself ☐ ) |
|---|---|
| EXPERIENCE HENDRIX, LLC, a Washington Limited Liability Company | ZABELL ENTERTAINMENT, LLC, a California Limited Liability Company; TOM ZOTOS, an individual; and THE JAMES MARSHALL HENDRIX FOUNDATION d/b/a JIMI HENDRIX FOUNDATION, a Washington Corporation |

| (b) County of Residence of First Listed Plaintiff   King, WA | County of Residence of First Listed Defendant   Los Angeles |
|---|---|
| *(EXCEPT IN U.S. PLAINTIFF CASES)* | *(IN U.S. PLAINTIFF CASES ONLY)* |

| (c) Attorneys (*Firm Name, Address and Telephone Number*) If you are representing yourself, provide the same information. | Attorneys (*Firm Name, Address and Telephone Number*) If you are representing yourself, provide the same information. |
|---|---|
| Edwin F. McPherson<br>Tracy B. Rane<br>McPherson Rane, LLP<br>1801 Century Park East, 24th Floor, Los Angeles, CA  90067 | |

### II. BASIS OF JURISDICTION (Place an X in one box only.)

☐ 1. U.S. Government Plaintiff

☒ 3. Federal Question (U.S. Government Not a Party)

☐ 2. U.S. Government Defendant

☐ 4. Diversity (Indicate Citizenship of Parties in Item III)

### III. CITIZENSHIP OF PRINCIPAL PARTIES-For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☒ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☒ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☒ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

### IV. ORIGIN (Place an X in one box only.)

☒ 1. Original Proceeding

☐ 2. Removed from State Court

☐ 3. Remanded from Appellate Court

☐ 4. Reinstated or Reopened

☐ 5. Transferred from Another District (Specify)

☐ 6. Multi-District Litigation

### V. REQUESTED IN COMPLAINT: JURY DEMAND: ☒ Yes ☐ No (Check "Yes" only if demanded in complaint.)

CLASS ACTION under F.R.Cv.P. 23: ☐ Yes ☒ No    ☐ MONEY DEMANDED IN COMPLAINT: $

### VI. CAUSE OF ACTION (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

15 USC 1114 and 15 USC 1116-18, inclusive, Trademark and Contributory Trademark Infringement; 15 USC 1121; 28 USC 1338(a) and 1338(b); 28 USC 1391(b) and 1391(c)

### VII. NATURE OF SUIT (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | REAL PROPERTY CONT. | IMMIGRATION | PRISONER PETITIONS | PROPERTY RIGHTS |
|---|---|---|---|---|---|
| ☐ 375 False Claims Act | ☐ 110 Insurance | ☐ 240 Torts to Land | ☐ 462 Naturalization Application | **Habeas Corpus:** | ☐ 820 Copyrights |
| ☐ 400 State Reapportionment | ☐ 120 Marine | ☐ 245 Tort Product Liability | ☐ 465 Other Immigration Actions | ☐ 463 Alien Detainee | ☐ 830 Patent |
| ☐ 410 Antitrust | ☐ 130 Miller Act | ☐ 290 All Other Real Property | | ☐ 510 Motions to Vacate Sentence | ☒ 840 Trademark |
| ☐ 430 Banks and Banking | ☐ 140 Negotiable Instrument | **TORTS** | **TORTS** | ☐ 530 General | **SOCIAL SECURITY** |
| ☐ 450 Commerce/ICC Rates/Etc. | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | **PERSONAL INJURY** | **PERSONAL PROPERTY** | ☐ 535 Death Penalty | ☐ 861 HIA (1395ff) |
| ☐ 460 Deportation | | ☐ 310 Airplane | ☐ 370 Other Fraud | **Other:** | ☐ 862 Black Lung (923) |
| ☐ 470 Racketeer Influenced & Corrupt Org. | ☐ 151 Medicare Act | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 540 Mandamus/Other | ☐ 863 DIWC/DIWW (405 (g)) |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Vet.) | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 550 Civil Rights | ☐ 864 SSID Title XVI |
| ☐ 490 Cable/Sat TV | | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 555 Prison Condition | ☐ 865 RSI (405 (g)) |
| ☐ 850 Securities/Commodities/Exchange | ☐ 153 Recovery of Overpayment of Vet. Benefits | ☐ 340 Marine | **BANKRUPTCY** | ☐ 560 Civil Detainee Conditions of Confinement | **FEDERAL TAX SUITS** |
| ☐ 890 Other Statutory Actions | ☐ 160 Stockholders' Suits | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | **FORFEITURE/PENALTY** | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 891 Agricultural Acts | | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 871 IRS-Third Party 26 USC 7609 |
| ☐ 893 Environmental Matters | ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | ☐ 690 Other | |
| ☐ 895 Freedom of Info. Act | ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury | ☐ 440 Other Civil Rights | **LABOR** | |
| ☐ 896 Arbitration | ☐ 196 Franchise | ☐ 362 Personal Injury-Med Malpractice | ☐ 441 Voting | ☐ 710 Fair Labor Standards Act | |
| | **REAL PROPERTY** | ☐ 365 Personal Injury-Product Liability | ☐ 442 Employment | ☐ 720 Labor/Mgmt. Relations | |
| ☐ 899 Admin. Procedures Act/Review of Appeal of Agency Decision | ☐ 210 Land Condemnation | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | ☐ 443 Housing/ Accommodations | ☐ 740 Railway Labor Act | |
| | ☐ 220 Foreclosure | | ☐ 445 American with Disabilities-Employment | ☐ 751 Family and Medical Leave Act | |
| ☐ 950 Constitutionality of State Statutes | ☐ 230 Rent Lease & Ejectment | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 446 American with Disabilities-Other | ☐ 790 Other Labor Litigation | |
| | | | ☐ 448 Education | ☐ 791 Employee Ret. Inc. Security Act | |

COPY

| FOR OFFICE USE ONLY: | Case Number: |  CV14-07865 |
|---|---|---|

| CV-71 (06/14) | CIVIL COVER SHEET | Page 1 of 3 |
|---|---|---|

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
**CIVIL COVER SHEET**

**VIII. VENUE:** Your answers to the questions below will determine the division of the Court to which this case will be initially assigned. This initial assignment is subject to change, in accordance with the Court's General Orders, upon review by the Court of your Complaint or Notice of Removal.

| QUESTION A: Was this case removed from state court? | STATE CASE WAS PENDING IN THE COUNTY OF: | INITIAL DIVISION IN CACD IS: |
|---|---|---|
| ☐ Yes ☒ No<br><br>If "no," skip to Question B. If "yes," check the box to the right that applies, enter the corresponding division in response to Question E, below, and continue from there. | ☐ Los Angeles, Ventura, Santa Barbara, or San Luis Obispo | Western |
| | ☐ Orange | Southern |
| | ☐ Riverside or San Bernardino | Eastern |

| QUESTION B: Is the United States, or one of its agencies or employees, a PLAINTIFF in this action? | B.1. Do 50% or more of the defendants who reside in the district reside in Orange Co.?<br><br>*check one of the boxes to the right* → | ☐ YES. Your case will initially be assigned to the Southern Division. Enter "Southern" in response to Question E, below, and continue from there. |
|---|---|---|
| ☐ Yes ☒ No | | ☐ NO. Continue to Question B.2. |
| If "no," skip to Question C. If "yes," answer Question B.1, at right. | B.2. Do 50% or more of the defendants who reside in the district reside in Riverside and/or San Bernardino Counties? (Consider the two counties together.)<br><br>*check one of the boxes to the right* → | ☐ YES. Your case will initially be assigned to the Eastern Division. Enter "Eastern" in response to Question E, below, and continue from there. |
| | | ☐ NO. Your case will initially be assigned to the Western Division. Enter "Western" in response to Question E, below, and continue from there. |

| QUESTION C: Is the United States, or one of its agencies or employees, a DEFENDANT in this action? | C.1. Do 50% or more of the plaintiffs who reside in the district reside in Orange Co.?<br><br>*check one of the boxes to the right* → | ☐ YES. Your case will initially be assigned to the Southern Division. Enter "Southern" in response to Question E, below, and continue from there. |
|---|---|---|
| ☐ Yes ☒ No | | ☐ NO. Continue to Question C.2. |
| If "no," skip to Question D. If "yes," answer Question C.1, at right. | C.2. Do 50% or more of the plaintiffs who reside in the district reside in Riverside and/or San Bernardino Counties? (Consider the two counties together.)<br><br>*check one of the boxes to the right* → | ☐ YES. Your case will initially be assigned to the Eastern Division. Enter "Eastern" in response to Question E, below, and continue from there. |
| | | ☐ NO. Your case will initially be assigned to the Western Division. Enter "Western" in response to Question E, below, and continue from there. |

| QUESTION D: Location of plaintiffs and defendants? | A.<br>Orange County | B.<br>Riverside or San Bernardino County | C.<br>Los Angeles, Ventura, Santa Barbara, or San Luis Obispo County |
|---|---|---|---|
| Indicate the location(s) in which 50% or more of *plaintiffs who reside in this district* reside. (Check up to two boxes, or leave blank if none of these choices apply.) | ☐ | ☐ | ☐ |
| Indicate the location(s) in which 50% or more of *defendants who reside in this district* reside. (Check up to two boxes, or leave blank if none of these choices apply.) | ☐ | ☐ | ☒ |

| D.1. Is there at least one answer in Column A? | D.2. Is there at least one answer in Column B? |
|---|---|
| ☐ Yes ☒ No | ☐ Yes ☒ No |
| If "yes," your case will initially be assigned to the<br>SOUTHERN DIVISION.<br><br>Enter "Southern" in response to Question E, below, and continue from there.<br><br>If "no," go to question D2 to the right. → | If "yes," your case will initially be assigned to the<br>EASTERN DIVISION.<br><br>Enter "Eastern" in response to Question E, below.<br><br>If "no," your case will be assigned to the WESTERN DIVISION.<br><br>Enter "Western" in response to Question E, below.   ↓ |

| QUESTION E: Initial Division? | INITIAL DIVISION IN CACD |
|---|---|
| Enter the initial division determined by Question A, C, or D above: → | WESTERN |

| QUESTION F: Northern Counties? | |
|---|---|
| Do 50% or more of plaintiffs or defendants in this district reside in Ventura, Santa Barbara, or San Luis Obispo counties? | ☐ Yes ☒ No |

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
**CIVIL COVER SHEET**

**IX(a). IDENTICAL CASES:** Has this action been previously filed in this court?     ☒ NO     ☐ YES

If yes, list case number(s): _____

**IX(b). RELATED CASES:** Is this case related (as defined below) to any cases previously filed in this court?     ☒ NO     ☐ YES

If yes, list case number(s): _____

Civil cases are related when they:

☐ A. Arise from the same or closely related transactions, happening, or event;

☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or

☐ C. For other reasons would entail substantial duplication of labor if heard by different judges.

Check all boxes that apply.  That cases may involve the same patent, trademark, or copyright is not, in itself, sufficient to deem cases related.

**X. SIGNATURE OF ATTORNEY**
**(OR SELF-REPRESENTED LITIGANT):** _____     DATE:  OCTOBER 9, 2014

**Notice to Counsel/Parties:** The submission of this Civil Cover Sheet is required by Local Rule 3-1. This Form CV-71 and the information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. For more detailed instructions, see separate instruction sheet (CV-071A).

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended.  Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability.  (42 U.S.C. 405 (g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |