UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 14-7865 MWF (MRWx) | Date | June 9, 2015 |
|---|---|---|---|
| Title | Experience Hendrix v. Zabell Entertainment et al. | | |

Present: The Honorable   Michael R. Wilner

| Veronica McKamie | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None present | None present |

**Proceedings:**      (IN CHAMBERS) ORDER TO SHOW CAUSE

   Plaintiffs filed a discovery motion that is not in the joint format mandated under the Local Rules. (Docket # 27.) The motion is accompanied by a declaration (as required under Local Rule 37-2.4) that indicates that the defense did not provide its portion of the joint motion before Plaintiffs filed it. (Docket # 27-2.) The Court further observes that, according to the motion, defense counsel failed to: appear at a scheduling conference with the district judge; produce Defendant's initial disclosures; or provide responses to the pending discovery requests.

   A party's failure to file a required document within a deadline set by local rule or to cooperate in the submission of a joint discovery motion "may be deemed consent to the granting [ ] of the motion." Local Rule 7-12. Therefore, Defendant is ORDERED TO SHOW CAUSE for its failure to comply with the joint filing process and to submit a substantive response to the discovery motion by Monday, June 15, at 3:00 p.m. If the Court does not receive any submission, the motion will be granted as unopposed under local rule without further proceedings.