**Case No.** CV 14-7865-MWF (MRWx)           **Date:** May 18, 2018
**Title:** Experience Hendrix, LLC v. Zabell Entertainment, LLC, et al.

**Present:** The Honorable MICHAEL W. FITZGERALD, U.S. District Judge

| Deputy Clerk: | Court Reporter: |
|---|---|
| Rita Sanchez | Not Reported |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None Present | None Present |

**Proceedings (In Chambers):**    ORDER DISCHARGING ORDER TO SHOW CAUSE AND DISMISSING ACTION

On April 30, 2018, the Court held a telephonic status conference because there has been no activity in this action since the Court denied Plaintiff's motion for summary judgment on September 8, 2017. Counsel for Plaintiff Experience Hendrix appeared at the telephonic hearing, but no one appeared on behalf of Defendant The James Marshall Hendrix Foundation, which is the only defendant remaining in the action. (*See* Docket No. 79).

The Court ordered Plaintiff to show cause why the case should not be dismissed for lack of prosecution, and noted the OSC would be discharged by the filing of a request for voluntary dismissal pursuant to Rule 41 of the Federal Rules of Civil Procedure, or the filing of a motion for leave to amend the Complaint. (*Id.*). The Court also ordered counsel for Defendant to show cause why they should not sanctioned for failing to appear at the Court-ordered status conference. (*Id.*).

In response to the OSC, Plaintiff filed a Notice of Voluntary Dismissal, dismissing the action without prejudice. (Docket No. 80). Counsel for Defendant filed a declaration explaining his failure to appear at the status conference. (Docket No. 81). The OSC is therefore **DISCHARGED** as to both parties.

The Court **APPROVES** Plaintiff's Notice of Voluntary Dismissal. This action is hereby **DISMISSED** *without prejudice*.

IT IS SO ORDERED.